UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JAMES GOODIN                                                                    PLAINTIFF

V.                               CASE NO. 13CV6079

ENTERGY ARKANSAS, INC.;
TOM MOPPIN, Corporate Security
for Entergy Arkansas; GREG ASBELL,
manager of customer services for
Entergy Regional; and EAI                                                       DEFENDANTS

ORDER

On this 23rd day of August, 2013, there comes on for consideration the report and recommendation filed in this case on July 15, 2013, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 3). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's motion to proceed IFP (doc. 2) is DENIED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court lacks jurisdiction over the claims asserted as Defendants are private parties not subject to suit under 42 U.S.C. § 1983, and no other basis for federal jurisdiction exists.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A
(Rev. 8/82)**